IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ENRIQUE DOMINGO RAFAEL
RAYMUNDO,                              *

                                       *

            Petitioner,                          Case No. 4:26-cv-516-CDL-ALS

v.                                     *

WARDEN, STEWART DETENTION             *
CENTER, *et al.,*

                                       *

            Respondents.

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 13, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondents.

This 13th day of May, 2026.

                                       David W. Bunt, Clerk


                                       s/ Elizabeth S. Long, Deputy Clerk